1
2
3
4                    UNITED STATES DISTRICT COURT

5                   NORTHERN DISTRICT OF CALIFORNIA

6

7    PHYLLIS SPARKS-MAGDALUYO, ET          Case No. 16-cv-04223-MEJ
     AL.,
8                                          **ORDER VACATING JUNE 28, 2018**
                    Plaintiffs,            **CASE MANAGEMENT CONFERENCE**
9
          v.                               **ORDER TO SHOW CAUSE**
10
     NEW PENN FINANCIAL, LLC,
11
                    Defendant.
12

13       The Court scheduled a case management conference in this matter for June 28, 2018 and

14   ordered the parties to submit a joint case management statement by June 21, 2018. Dkt. No. 60 at

15   7; *see* Certificate of Service, Dkt. No. 60-1. On June 21, 2018, Defendant New Penn Financial,

16   LLC dba Shellpoint Mortgage Servicing filed a unilateral case management statement. Defs.

17   CMC Stmt, Dkt. No. 61. Defendant represents it

18            prepared and circulated a draft Report to Plaintiffs by e-mail on June
              20, 2018. Defendant also asked Plaintiffs for a phone number to
19            meet and confer because Plaintiffs had not previously provided a
              phone number to Defendant's knowledge. As of the date of this
20            filing, Defendant has not received a response from Plaintiff.

21   *Id.* at 1. As of the date of this Order, Plaintiffs have not filed a statement of their own.

22       Accordingly, the Court VACATES the June 28, 2018 conference. The Court further

23   ORDERS Plaintiffs to show cause why this case should not be dismissed for failure to prosecute

24   and failure to comply with Court deadlines. Plaintiffs shall file their declaration(s) no later than

25   July 12, 2018.

26       The Court warns Plaintiffs that failure to file a written response will be deemed an

27   admission that Plaintiffs do not intend to prosecute, and the case will be dismissed without

28

prejudice.  Thus, it is imperative that the Court receive a written response by the deadline above.

**IT IS SO ORDERED.**

Dated: June 22, 2018

_____

MARIA-ELENA JAMES
United States Magistrate Judge