UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHYLLIS SPARKS-MAGDALUYO, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> NEW PENN FINANCIAL, LLC, <br><br> Defendant. | Case No. 16-cv-04223-MEJ <br><br> **SECOND ORDER TO SHOW CAUSE** |

On July 12, 2018, the Court scheduled a Case Management Conference to take place on August 23, 2018, and ordered the parties to file a joint case management statement by August 16, 2018. ECF No. 66. On August 16, 2018, Defendant New Penn Financial, LLC dba Shellpoint Mortgage Servicing filed a separate statement, indicating Plaintiffs Phyllis Sparks-Magdaluyo and Melecio Magdaluyo failed to respond to Defendant's attempts to meet and confer regarding a joint report. ECF No. 74. Plaintiffs have not filed a separate statement or otherwise responded. This is not the first time Plaintiffs have failed to comply with court deadlines. *See* ECF No. 63 (Order to Show Cause).

Accordingly, the Court hereby ORDERS Plaintiffs to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines. Plaintiffs shall file a declaration by September 6, 2018. If a responsive declaration is filed, the Court shall either issue an order based on the declaration or conduct a hearing on September 20, 2018 at 10:00 a.m. in Courtroom D, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. <u>Notice is hereby provided that failure to file a written response will be deemed an admission that Plaintiffs</u>

do not intend to prosecute, and the case will be dismissed without prejudice. Thus, it is imperative that the Court receive a written response by the deadline above.

**IT IS SO ORDERED.**

Dated: August 27, 2018

_____
MARIA-ELENA JAMES
United States Magistrate Judge