UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PHYLLIS SPARKS-MAGDALUYO, et al.,

Plaintiffs,

v.

NEW PENN FINANCIAL, LLC,

Defendant.

Case No. 16-cv-04223-RS

**ORDER OF DISMISSAL**

The sole remaining plaintiff, Melecio Magdaluyo, has failed to respond the order to show cause entered October 24, 2018 and the deadline for doing so has elapsed. Accordingly, this action is hereby dismissed without prejudice for failure to prosecute.

**IT IS SO ORDERED**.

Dated: November 26, 2018

RICHARD SEEBORG
United States District Judge